**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JAY WINEGARD, on behalf of himself and all
others similarly situated,

                    Plaintiff,

                                            CASE NO. 1:20-cv-02123-EK-CLP

      v.

SOTHEBY'S INC. d/b/a SOTHEBY'S,

                    Defendant.
----------------------------------------------------------------X

## NOTICE OF SETTLEMENT

      Plaintiff, JAY WINEGARD, hereby notifies this Court that a settlement in principle has been reached in the instant action. The parties request that all deadlines be suspended while the parties finalize a settlement agreement.

DATED this 1st day of July, 2020.

                                            Respectfully Submitted,
                                            By:   */s/ Mitchell Segal*
                                            Mitchell Segal, Esq.
                                            Law Offices of Mitchell S. Segal, P.C.
                                            Attorney for Plaintiff
                                            1010 Northern Boulevard, Suite 208
                                            Great Neck, New York 11021
                                            Ph: (516) 415-0100
                                            Fx: (516) 706-6631
                                            msegal@segallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 1st day of July, 2020.

By: /s/ Mitchell Segal
Mitchell Segal, Esq.
(MS4878)

## SERVICE LIST:

Shira M. Blank, Esq.
Epstein Becker & Green P.C.
Attorneys for Defendant